IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br><br>REIKO ELIO PENUNURI,<br>　　　　　Defendant. | 8:18-CR-152<br><br>**ORDER** |

　　This matter is before the Court on Defendant's Motion for Extension of Time to File Memorandum of Law. Filing 1 in Case No. 8:22-CV-20. Defendant requests a second extension of 30 days in which to file a memorandum of law in support of his Motion, Filing 397, brought under 28 U.S.C. § 2255. For good cause shown, Defendant's Motion for an Extension of Time will be granted.

　　IT IS ORDERED:

1. Defendant's Motion for Extension of Time to File Memorandum of Law, Filing 1 in Case No. 8:22-CV-20, is granted;

2. Defendant shall file any supporting briefs or memoranda no later than April 8, 2022;

3. The Court's previous Order, Filing 403, is amended to require the government to provide any response or answer by May 9, 2022; and

4. The Clerk of the Court shall mail a copy of this order to Defendant at his last known address and terminate Filing 1 in Case No. 8:22-CV-20.

　Dated this 8th day of March, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　United States District Judge