IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR152 |
| vs. | |
| REIKO ELIO PENUNURI, | ORDER |
| Defendant. | |

Defendant, who is represented by counsel, personally filed a motion requesting free copies of the docket sheet and sentencing transcripts. (Filing No. 438.) Defendant's motion was improperly submitted because "[o]nce an attorney is appointed or retained, all further documents and other communications with the court must be submitted through the attorney, unless the court permits otherwise." NEGenR 1.3. The Court did not give Defendant permission to submit his motion on his own accord. If Defendant wants copies of the docket sheet and sentencing transcripts, he may request them from his attorney.

Accordingly,

**IT IS ORDERED** that Defendant's request for copies (Filing No. 438) is denied.

Dated this 21st day of November, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge