IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18–CR–152 |
| vs. | ORDER ON REQUEST FOR TRANSCRIPT |
| REIKO ELIO PENUNURI, | |
| Defendant. | |

This matter is before the Court on the Request for Transcript filed by nonparty Carlos Penunuri. Filing 468. The request for a transcript is granted, provided Carlos Penunuri contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

IT IS ORDERED: The Request for Transcript, filed by nonparty Carlos Penunuri, Filing 468, is granted as to the transcript under the conditions described above, and is otherwise denied. The Clerk shall mail a copy of this Order to Carlos Penunuri at the address provided in Filing 468.

Dated this 22nd day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge