IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REIKO ELIO PENUNURI, <br><br> Defendant. | 8:18–CR–152 <br><br> **ORDER ON REQUEST FOR APPOINTMENT OF COUNSEL** |

This matter is before the Court on Reiko Elio Penunuri's request for appointment of counsel. Penunuri captioned this request with criminal case docket number, "8:18–CR–152." Filing 465 at 1. However, the basis for his request to appoint counsel does not relate to his criminal case. He instead seeks counsel to assist him with matters bearing on the conditions of his confinement and the manner in which he has been treated by prison officials. Liberally construing his filing, Penunuri appears to be requesting appointment of counsel for the purposes of pursuing a civil claim. As this does not relate to his criminal case, his request for counsel is not properly before the Court. Accordingly,

IT IS ORDERED: Reiko Elio Penunuri's request for appointment of counsel, Filing 465, is denied.

Dated this 22nd day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge