## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | **8:18CR152** |
| **vs.** | |
| | **ORDER** |
| **REIKO ELIO PENUNURI,** | |
| **Defendant.** | |

This matter is before the Court on the defendant's motion (Filing No. 490) requesting the Clerk of Court provide him with a copy of the docket sheet without payment of costs because he is indigent.

Under federal law, and subject to certain exceptions, "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possess that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal, and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). "The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment." *Cox v. Bd. of Parole*, No. 8:23CV202, 2023 WL 4596017, at *1 (D. Neb. July 18, 2023) (citing 28 U.S.C. § 1915). The defendant does not have the right to receive copies of documents without payment, and has made no showing as to why he needs these documents. Therefore, the Court is not inclined to order a copy of the requested document at the government's expense. The defendant may pay for the requested copy at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 490) requesting a free copy of his docket sheet is denied.

Dated this 18th day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge